IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:18-cv-0585 JUDGE RICHARDSON |
| v. | ) ) | |
| CHRISTINA GRUEL and CAMRYN ELIZABETH LAWHORNE, | ) ) | |
| Defendants. | | |

## ORDER

Pending before the Court a Report and Recommendation of the Magistrate Judge (Docket No. 33), to which no Objections have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at * 2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at * 3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation and the file. The well-reasoned Report and Recommendation is adopted and approved.

Accordingly, Defendant Gruel's Motion for Judgment on the Pleadings (Doc. No. 15) is **DENIED**. Plaintiff's Motion for Judgment on the Record (Doc. No. 18) is **GRANTED**. Defendant

Lawhorne's Motion for Judgment on the Administrative Record (Doc. No. 24) is **GRANTED**. The Court finds and declares that the pre-retirement death benefits of decedent Donald Lawhorne, Jr. are payable to Camryn Elizabeth Lawhorne, and Plaintiff is directed to make payment to Ms. Lawhorne accordingly.

    IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE